## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE  DIVISION

LNV CORP.                                        CIVIL ACTION NO. 6:19-0605

VERSUS                                           JUDGE TERRY A. DOUGHTY

PAWAN HOSPITALITY, LLC. ET, AL          MAG. JUDGE WHITEHURST

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 43]  having been considered, together with the written Objections [Doc. Nos. 44 and 45]  thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, and DECREED** that Plaintiff, LNV Corp.'s  Motion to Dismiss [Doc. No. 33] is **GRANTED IN PART AND DENIED IN PART.**  LNV's Motion to Dismiss Defendant Pawan Hospitality, LLC, et al's  counterclaims arising under §1983, including LNV's due process claims, and all claims for attorney fees is **GRANTED.**  The Motion to Dismiss Defendant's counterclaims for wrongful seizure, conversion, and abuse of rights is **DENIED** at this time.

MONROE, Louisiana, this 15th  day of July,  2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE